NUMBER 13-01-128-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


ARNOLD RIOJAS , Appellant,

v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 319th District Court 

of Nueces County, Texas.

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Yañez, and Castillo

Opinion Per Curiam



Appellant, ARNOLD RIOJAS , attempted to perfect an appeal from a judgment entered by the 319th District Court of
Nueces County, Texas. Sentence in this cause was imposed on September 19, 2000 . A timely motion for new trial was
filed on October 19, 2000 . The notice of appeal was due to be filed on December 18, 2000 , but was not filed until
February 12, 2001 . Said notice of appeal is untimely filed. 

Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notice of appeal and a motion
requesting an extension of time within such period. 

The Court, having considered the documents on file and appellant's failure to timely perfect his appeal, is of the opinion
that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th day of July, 2001 .